IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIE LEE STURGIS, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The joint oral motion of counsel is granted and,

The detention hearing is continued to November 17, 2008 at 12:00 p.m.

The defendant shall be present at the hearing.

Dated November 7, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge