IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3142 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIE LEE STURGIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

In response to the court's order of May 14, 2009 (filing no. 71) defendant Sturgis has submitted a financial affidavit for the appointment of counsel.

IT THEREFORE HEREBY IS ORDERED,

1.  The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for an attorney to represent the defendant, bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2.  The new attorney shall enter an appearance promptly upon appointment.

DATED this 3rd day of June, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge