# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>WILLIE LEE STURGIS<br><br>Date of Original Judgment: 02/25/2010<br>Date of Previous Amended Judgment: 10/11/2012<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 4:08CR3142<br>USM No: 22469-047<br><br>David R. Stickman<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168 months   months **is reduced to**   120 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   10/11/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   06/19/2019

s/ Richard G. Kopf
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Richard G. Kopf, Senior United States District Judge
*Printed name and title*